

**ORDERED in the Southern District of Florida on December 8, 2021.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In Re: | CASE NO.:   21-11554-AJC |
| | Chapter 7 |
| **WASIM SHOMAR,** | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SALE OF ESTATE'S RIGHT, TITLE, AND INTEREST IN DEBTOR'S HOUSEHOLD FURNITURE AND GOODS FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES [ECF NO. 136]

THIS MATTER came before the Court in West Palm Beach, Florida, on the 8th day of December 2021 pursuant to Trustee's Motion to Approve Sale of Estate's Right, Title, and Interest in the Debtor's Household Furniture and Goods Free and Clear of All Liens, Claims and Encumbrances [ECF No. 136] (the "Motion"). The Court, having reviewed the Motion, having heard argument of counsel and having been otherwise fully advised in the premises, the Court finds that notice of the hearing on the Motion has been properly noticed and served, finds that the proposed sale is in the best interest of creditors and the estate, hereby

ORDERS AND ADJUDGES as follows:

1. The Trustee's Motion to Approve Sale of Estate's Right, Title, and Interest in the Debtor's Household Furniture and Goods Free and Clear of All Liens, Claims and Encumbrances [ECF No. 136] is Granted.

2. The Trustee is authorized to sell the estate's interest in the Debtor's household furniture and goods to The Village Keep, LLC for the total sum of $9,200.00, which includes storage and moving expenses in the amount of $4,200.00, with net proceeds to the estate in the amount of $5,000.00.

3. The Trustee is authorized to (i) take all actions and (ii) execute any and all documents he deems reasonable, necessary and/or desirable to consummate the proposed sale and effectuate the sale and transfer of the estate's right, title and interest in the Debtor's household furniture and goods to The Village Keep, LLC.

###

Submitted by:
Michael R. Bakst, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Telephone: (561) 838-4557
Email: michael.bakst@gmlaw.com

**[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]**