# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case Number: | 21-11554 CLC | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Wasim Shomar | Filed (f) or Converted (c): | 02/17/21 (f) |
| | | §341(a) Meeting Date: | 03/23/21 |
| Period Ending: | 03/31/24 | Claims Bar Date: | 08/04/22 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 10300 SW 65 Ave Pinecrest FL 33156-0000 Miami-Dade county | 3,492,688.00 | 361,351.00 | | 3,500,000.00 | FA |
| 2 | Ford Mustang 2019 ABANDONED | Unknown | 0.00 | OA | 0.00 | FA |
| 3 | Mercedes C Class 2018 ABANDONED | Unknown | 0.00 | OA | 0.00 | FA |
| 4 | Household Goods and Furnishings EXEMPT VALUE CHANGED PER AMENDED SCHEDULES | 28,426.05 | 5,000.00 | | 9,200.00 | FA |
| 5 | Men's clothes and shoes EXEMPT | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry PARTIALLY EXEMPT VALUE CHANGED PER AMENDED SCHEDULES | 3,700.00 | 0.00 | | 0.00 | FA |
| 7 | Personal checking account: Bank of America #9843 EXEMPT | 205.19 | 0.00 | | 0.00 | FA |
| 8 | Business checking account: Amerant # 6506 THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 1,307.11 | 1.00 | | 0.00 | 1.00 |
| 9 | Money Market savings account Bank of America #4514 EXEMPT | 33.91 | 0.00 | | 0.00 | FA |
| 10 | Personal checking account Bank of America # 6598 EXEMPT | 186.43 | 0.00 | | 0.00 | FA |
| 11 | Business checking Amerant 2206 THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 8,154.72 | 1.00 | | 0.00 | 1.00 |
| 12 | Business checking Amerant # 7506 THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 9.75 | 1.00 | | 0.00 | 1.00 |
| 13 | Business checking Amerant # 2306 THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 416.89 | 1.00 | | 0.00 | 1.00 |
| 14 | Business checking Amerant # 91106 (negative balance) | 0.00 | 1.00 | | 0.00 | 1.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | | |
|---|---|---|---|---|---|---|
| | THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | | | | | |
| 15 | Business checking Bank of America # 6265<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 127.23 | 1.00 | | 0.00 | 1.00 |
| 16 | Business checking Bank of America # 1982<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 20.34 | 1.00 | | 0.00 | 1.00 |
| 17 | Business checking Bank of America # 4380<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 14.55 | 1.00 | | 0.00 | 1.00 |
| 18 | Business checking Bank of America #0847<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 352.73 | 1.00 | | 0.00 | 1.00 |
| 19 | Business checking Bank of America # 4283<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 606.29 | 1.00 | | 0.00 | 1.00 |
| 20 | Business checking Amerant # 41106<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 74,652.53 | 1.00 | | 0.00 | 1.00 |
| 21 | Business checking account Bank United # 3849<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 7.30 | 1.00 | | 0.00 | 1.00 |
| 22 | Business checking Bank United # 5586<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 37,564.51 | 1.00 | | 0.00 | 1.00 |
| 23 | Business checking City National Bank # 2278<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 226.78 | 1.00 | | 0.00 | 1.00 |
| 24 | Business checking City National Bank # 2639<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 64.76 | 1.00 | | 0.00 | 1.00 |
| 25 | Business checking City National Bank # 3738<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 1,720.47 | 1.00 | | 0.00 | 1.00 |
| 26 | Business checking Bank of America # 4736<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE | 500.00 | 1.00 | | 0.00 | 1.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | | | | | |
| 27 | Business checking Bank of America # 4730<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 158.00 | 1.00 | | 0.00 | 1.00 |
| 28 | Business checking Bank of America # 4865 ($0.00 balance)<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 29 | Business checking Regions Bank # 7414<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 312.18 | 1.00 | | 0.00 | 1.00 |
| 30 | Business checking Amerant # 1006<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 242.37 | 1.00 | | 0.00 | 1.00 |
| 31 | Business checking account Bank of America # 1643<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 28.17 | 1.00 | | 0.00 | 1.00 |
| 32 | Lynx Construction and Management LLC dba Lynx Engineering Consulting LLC<br>50% INTEREST<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 33 | Apogee Landcap LLC<br>50% INTEREST<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 34 | 45 Almeria LLC<br>25% INTEREST | Unknown | 29,523.56 | | 29,523.56 | FA |
| 35 | Incite Innovation Labs, LLC DBA 12 Labs Academy<br>50% INTEREST<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 36 | Lynx Business Solutions LLC<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 37 | Lynx Development Group LLC<br>25% INTEREST<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | Universal Lynx Corp.<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 39 | Land Cap Property Services, Inc.<br>50% INTEREST<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 40 | The Lynx Companies, LLC<br>50% INTEREST<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 41 | Shomar Property Management LLC<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 42 | Lynx Property Services LLC<br>50% INTEREST<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | Unknown | 1.00 | | 0.00 | 1.00 |
| 43 | Wasim Shomar, Inc<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 44 | Lynx Construction Management LLC<br>50% INTEREST<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | 1.00 |
| 45 | Equity Capital Investment LLC<br>25% INTEREST<br><br>THE TRUSTEE RECOVERED A DISTRIBUTION TO THE DEBTOR FOR THIS INVESTMENT [ SEE ASSET 66] HOWEVER THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THE ESTATE'S 25% INTEREST AT THIS TIME. | Unknown | 1.00 | | 0.00 | 1.00 |
| 46 | AREC stock<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 5,833.00 | 1.00 | | 0.00 | 1.00 |
| 47 | State of Florida Retirement Account | Unknown | 0.00 | | 0.00 | FA |
| 48 | Debtor shares invention of items under the following patents<br>Patent number: 5818819<br>Patent number: 5812535<br>Patent number: 5768262<br>Patent number: RE38596 | 0.00 | 1.00 | | 0.00 | 1.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Unknown European patent on: "Methods for performing intelligent network services with an ISDN network terminator located at a Subscriber's premises<br><br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | | | | | | |
| 49 | Federal Income tax refund<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 26,579.00 | 1.00 | | 0.00 | | 1.00 |
| 50 | Lincoln Financial Group | 0.00 | 0.00 | | 0.00 | FA | |
| 51 | Lincoln Financial Group | 0.00 | 0.00 | | 0.00 | FA | |
| 52 | Lincoln Financial Group | 0.00 | 0.00 | | 0.00 | FA | |
| 53 | Lincoln Financial Group | 0.00 | 0.00 | | 0.00 | FA | |
| 54 | Bank of America Business Checking #6166 (u)<br>Listed on Amended Schedules | 0.00 | 0.00 | | 0.00 | FA | |
| 55 | Bank United Business Account #4619 (u)<br>Listed on Amended Schedules<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 410.32 | 1.00 | | 0.00 | | 1.00 |
| 56 | Bank United Business Account #6415 (u)<br>Listed on Amended Schedules<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 517.87 | 1.00 | | 0.00 | | 1.00 |
| 57 | Bank United Business Acct #7053 (u)<br>Listed on Amended Schedules<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 43.05 | 1.00 | | 0.00 | | 1.00 |
| 58 | Electronics (u)<br>LISTED ON AMENDED SCHEDULES | 0.00 | 0.00 | | 0.00 | FA | |
| 59 | Cash (u)<br>LISTED ON AMENDED SCHEDULES | 170.00 | 0.00 | | 0.00 | FA | |
| 60 | Bank of America Personal Line of Credit #7751 (u)<br>Listed on Amended Schedules<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | | 1.00 |
| 61 | Bank United Business Line of Credit #2983 (u)<br>Listed on Amended Schedules<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 0.00 | 1.00 | | 0.00 | | 1.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 6

| | | | | | |
|---|---|---|---|---|---|
| 62 | Bank of America Inactive Business Account #3357 (u)<br>Listed on Amended Schedules<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 42.83 | 1.00 | 0.00 | 1.00 |
| 63 | Bank of America Inactive Business Account  (u)<br>Listed on Amended Schedules<br>THE TRUSTEE IS UNABLE TO DETERMINE AN ACCURATE VALUE FOR THIS AS THE FINANCIAL INVESTIGATION IS IN PROGRESS | 62.00 | 1.00 | 0.00 | 1.00 |
| 64 | Adv. 23-01030 - TRUSTEE V. RANIA YOUSEF, SABAH BARAKAT (u) | 0.00 | Unknown | 0.00 | Unknown |
| 65 | MIAMI DADE COUNTY TAX CREDIT  (u) | 0.00 | 150.48 | 150.48 | FA |
| 66 | Settlement Recovery from Distribution by Equity Capital Investments, LLC to Debtor  (u)<br>RELATED TO ASSET 45 | 0.00 | 30,000.00 | 25,000.00 | 5,000.00 |
| | **TOTALS** (Excluding Unknown Values) | **$3,685,434.33** | **$426,070.04** | **$3,563,874.04** | **$5,045.00** |

**Major activities affecting case closing:**
CBD: 09/02/2021
TAX RETURN STATUS: ON EXTENSION

CASE STATUS:  THE TRUSTEE HIRED MICHAEL BAKST, ESQ. TO REPRESENT THE ESTATE.
THE TRUSTEE, COUNSEL AND KAPILAMUKAMAL ARE INVESTIGATING THE VALUE OF THE DEBTOR'S VARIOUS BUSINESS AND PERSONAL ASSETS TO RECOVER FUNDS FOR THE ESTATE.

**Initial Projected Date of Final Report (TFR):**  December 15, 2022          **Current Projected Date of Final Report (TFR):**  September 30, 2025

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 21-11554 CLC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Wasim Shomar | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******3825 - CHECKING ACCOUNT |
| Taxpayer ID#: | ******1857 | | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 04/01/23 - 03/31/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/02/21 | | IRA R. SHAPIRO, P.A. | SALE PROCEEDS - PAYMENT PER ORDER DATED MAY 27, 2021 [ECF 73] AND REPORT OF SALE DATED 7/24/23 [ECF 199] | | 657,003.44 | | 657,003.44 |
| 07/02/21 | Asset #1 | | SALE PROCEEDS - PAYMENT PER ORDER DATED MAY 27, 2021 (73)  3,500,000.00 | 1110-000 | | | 657,003.44 |
| 07/02/21 | Asset #65 | MIAMI DADE COUNTY TAX COLLECTOR | NON AD VALOREN TAXES 6/28/01-09/30/21  150.48 | 1290-000 | | | 657,003.44 |
| 07/02/21 | | CITY NATIONAL BANK OF FLORIDA | MORTGAGE PAYOFF  -1,846,504.17 | 4110-000 | | | 657,003.44 |
| 07/02/21 | | Virginia Shomar | 50% OF SALE PROCEEDS  -657,003.44 | 8500-002 | | | 657,003.44 |
| 07/02/21 | | Brown Harris Stevens | LISTING AGENT  -105,000.00 | 3510-000 | | | 657,003.44 |
| 07/02/21 | | KELLER WILLIAMS CAPITAL | SELLING AGENT  -105,000.00 | 3510-000 | | | 657,003.44 |
| 07/02/21 | | SALAH AMER | SELLER CREDIT  -80,000.00 | 2500-000 | | | 657,003.44 |
| 07/02/21 | | MIAMI DADE COUNTY TAXES | COUNTY TAXES 1/1/2021-6/28/2021  -23,937.83 | 2500-000 | | | 657,003.44 |
| 07/02/21 | | STATE OF FLORIDA - DEPARTMENT OF REVENUE | STATE DOC STAMPS  -21,000.00 | 4800-000 | | | 657,003.44 |
| 07/02/21 | | LEIDERMAN SHELOMITH ALEXANDER | ATTORNEY'S FEES  -3,500.00 | 3210-000 | | | 657,003.44 |
| 07/02/21 | | REALIABLE LIEN SEARCH | -430.00 | 2500-000 | | | 657,003.44 |
| 07/02/21 | | MIAMI DADE COUNTY WATER & SEWER | FINAL WATER BILL  -350.00 | 2500-000 | | | 657,003.44 |

Page: 2

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 21-11554 CLC | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Wasim Shomar | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******3825 - CHECKING ACCOUNT |
| Taxpayer ID#: | ******1857 | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 04/01/23 - 03/31/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/02/21 | | IRA R. SHAPIRO | TITLE SEARCH | -200.00 | 2500-000 | | | 657,003.44 |
| 07/02/21 | | IRA R. SHAPIRO, P.A. | COURIER FEES | -85.00 | 2500-000 | | | 657,003.44 |
| 07/02/21 | | US COURTS | CERTFIED COURT ORDER | -35.50 | 2500-000 | | | 657,003.44 |
| 07/02/21 | | IRA R. SHAPIRO | COURIER FEES | -30.00 | 2500-000 | | | 657,003.44 |
| 07/02/21 | | IRA A. SHAPIRO | WIRE FEE | -30.00 | 2500-000 | | | 657,003.44 |
| 07/02/21 | | MIAMI DADE COUNTY RECORDS | RECORD TRUSTEE'S DEED | -27.60 | 2500-000 | | | 657,003.44 |
| 07/02/21 | | E-FILE RECORDS RECORDINGS | | -13.50 | 2500-000 | | | 657,003.44 |
| 10/28/21 | Asset #34 | Almeria, LLC | DEBTOR'S 25% SALE OF NET PROCEEDS FROM SALE OF REAL PROPERTY OWNED BY ALMERIA, LLC | | 1129-000 | 29,523.56 | | 686,527.00 |
| 12/29/21 | | MARTIN CLAIRE CO., LLC | PAYMENT PER ORDER DATED DECEMBER 8, 2021 [ECF 142] AND REPORT OF SALE DATED 7/24/23 [ECF 200] | | | 5,000.00 | | 691,527.00 |
| 12/29/21 | Asset #4 | | PAYMENT PER ORDER DATED DECEMBER 8, 2021 [ECF 142] | 9,200.00 | 1129-000 | | | 691,527.00 |
| 12/29/21 | | The Village Keep, LLC | MOVING EXPENSES | -4,200.00 | 2690-000 | | | 691,527.00 |
| 02/23/22 | 1001 | GREENSPOON MARDER | PAYMENT PER ORDER DATED FEBRUARY 22, 2022 [ECF 158] | | 3210-000 | | 95,565.60 | 595,961.40 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 21-11554 CLC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Wasim Shomar | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******3825 - CHECKING ACCOUNT |
| Taxpayer ID#: | ******1857 | | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 04/01/23 - 03/31/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/22 | 1002 | GREENSPOON MARDER | PAYMENT PER ORDER DATED FEBRUARY 22, 2022 [ECF 158] | 3220-000 | | 2,574.15 | 593,387.25 |
| 02/25/22 | 1003 | KAPILAMUKAMAL, LLP | PAYMENT PER ORDER DATED FEBRUARY 23, 2022 [ECF 159] | 3310-000 | | 46,667.20 | 546,720.05 |
| 02/25/22 | 1004 | KAPILAMUKAMAL, LLP | PAYMENT PER ORDER DATED FEBRUARY 23, 2022 [ECF 159] | 3320-000 | | 79.50 | 546,640.55 |
| 03/10/22 | 1005 | Virginia Shomar | PAYMENT PER ORDER DATED FEBRUARY 23, 2022 [ECF 160] | 8500-000 | | 295,651.55 | 250,989.00 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 764.86 | 250,224.14 |
| 04/15/22 | 1006 | US TREASURY | 2021 EXTENSION - (EIN 87-6391827) | 2810-000 | | 3,800.00 | 246,424.14 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 406.61 | 246,017.53 |
| 05/05/22 | 1007 | MARTIN CLAIRE & CO. LLC | PAYMENT PER ORDER DATED 5/3/2022 (DE 168) | 3711-000 | | 1,300.00 | 244,717.53 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 399.56 | 244,317.97 |
| 06/15/22 | 1008 | SUN COAST REPORTERS | PAYMENT PER ORDER DATED JUNE 13, 2022 [ECF 178] - INVOICE JM2218 | 2990-000 | | 597.00 | 243,720.97 |
| 06/15/22 | 1009 | SUN COAST REPORTERS | PAYMENT PER ORDER DATED JUNE 13, 2022 [ECF 178] - INVOICES JM2128 AND JM2111 | 2990-000 | | 768.50 | 242,952.47 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 397.02 | 242,555.45 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 21-11554 CLC | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Wasim Shomar | Bank Name: | Flagstar Bank, N.A. |
|  |  | Account: | ******3825 - CHECKING ACCOUNT |
| Taxpayer ID#: | ******1857 | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 04/01/23 - 03/31/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 394.23 | 242,161.22 |
| 08/31/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 393.51 | 241,767.71 |
| 09/30/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 392.87 | 241,374.84 |
| 10/31/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 392.23 | 240,982.61 |
| 11/30/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 391.60 | 240,591.01 |
| 12/30/22 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 390.96 | 240,200.05 |
| 01/31/23 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 390.33 | 239,809.72 |
| 02/28/23 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 404.12 | 239,405.60 |
| 03/31/23 |  | Signature Bank | Bank and Technology Services Fee | 2600-000 |  | 402.00 | 239,003.60 |
| 04/28/23 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 402.77 | 238,600.83 |
| 05/31/23 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 399.84 | 238,200.99 |
| 06/30/23 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 400.42 | 237,800.57 |
| 07/31/23 |  | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 399.31 | 237,401.26 |
| 08/21/23 | Asset #66 | Wasim Shomar | PAYMENT PER ORDER DATED SEPTEMBER 21, 2023 [ECF 214]  Payment to A/R Account #Equity Wasim Shomar; Payment #1 | 1241-000 | 5,000.00 |  | 242,401.26 |

Page: 5

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 21-11554 CLC | | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | Wasim Shomar | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******3825 - CHECKING ACCOUNT |
| Taxpayer ID#: | ******1857 | | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 04/01/23 - 03/31/24 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 401.34 | 241,999.92 |
| 09/18/23 | Asset #66 | Wasim Shomar | PAYMENT PER ORDER DATED SEPTEMBER 21, 2023 [ECF 214]<br>Payment to A/R Account #Equity Wasim Shomar; Payment #2 | 1241-000 | 5,000.00 | | 246,999.92 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 410.49 | 246,589.43 |
| 10/18/23 | Asset #66 | Wasim Shomar | PAYMENT PER ORDER DATED SEPTEMBER 21, 2023 [ECF 214]<br>Payment to A/R Account #Equity Wasim Shomar; Payment #3 | 1241-000 | 5,000.00 | | 251,589.43 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.30 | 251,172.13 |
| 11/28/23 | 1010 | SUN COAST REPORTERS | PAYMENT PER ORDER DATED NOVEMBER 22, 2023 [ECF 217] | 2990-000 | | 778.40 | 250,393.73 |
| 11/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 422.23 | 249,971.50 |
| 12/18/23 | Asset #66 | Wasim Shomar | PAYMENT PER ORDER DATED SEPTEMBER 21, 2023 [ECF 214]<br>Payment to A/R Account #Equity Wasim Shomar; Payment #4 | 1241-000 | 5,000.00 | | 254,971.50 |
| 12/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 424.22 | 254,547.28 |
| 01/17/24 | Asset #66 | Wasim Shomar | PAYMENT PER ORDER DATED SEPTEMBER 21, 2023 [ECF 214]<br>Payment to A/R Account #Equity Wasim Shomar; Payment #5 | 1241-000 | 5,000.00 | | 259,547.28 |
| 01/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 430.12 | 259,117.16 |

# Form 2
# Cash Receipts and Disbursements Record

| Case Number: | 21-11554 CLC | Trustee: | SONEET R. KAPILA, CHAPTER 7 TRUSTEE |
|---|---|---|---|
| Case Name: | Wasim Shomar | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******3825 - CHECKING ACCOUNT |
| Taxpayer ID#: | ******1857 | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 04/01/23 - 03/31/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/28/24 | 1011 | Sun Coast Court Reporters | INVOICE NO JM241 PAYMENT PER ORDER DATED 2/23/24 [ECF 219] | 2990-000 | | 787.00 | 258,330.16 |
| 02/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 436.10 | 257,894.06 |
| 03/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 419.43 | 257,474.63 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 716,527.00 | 459,052.37 | $257,474.63 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 716,527.00 | 459,052.37 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$716,527.00** | **$459,052.37** | |

| Net Receipts: | $716,527.00 |
|---|---|
| Plus Gross Adjustments: | 2,847,347.04 |
| Less Other Noncompensable Items: | 657,003.44 |
| Net Estate: | $2,906,870.60 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3825** | 716,527.00 | 459,052.37 | 257,474.63 |
| | $716,527.00 | $459,052.37 | $257,474.63 |